JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BEN CLYMER'S THE BODY SHOP PERRIS, INC.<br><br>Debtor.<br>___<br>BEN CLYMER'S THE BODY SHOP PERRIS, LLC<br><br>Appellant<br><br>v.<br><br>TODD A. FREALY, SOLELY IN HIS CAPACITY AS CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF BEN CLYMER'S THE BODY SHOP PERRIS, INC.,<br><br>Appellee | District Ct. Case No. 5:20-cv-01777-ODW<br>Bankruptcy Ct. Case No. 6:20-bk-14798-SC<br><br>**ORDER APPROVING STIPULATION TO VOLUNTARILY DISMISS APPEAL** |

The Court has considered the "Stipulation to Voluntarily Dismiss Appeal" (the "Stipulation") filed by Appellee Todd A. Frealy, Chapter 11 Trustee for the bankruptcy

- 1 -
**ORDER APPROVING STIPULATION TO VOLUNTARILY DISMISS APPEAL**

estate of Ben Clymer's The Body Shop Perris, Inc. and Appellant Ben Clymer's The Body Shop Perris, LLC (collectively, the "Parties").

Upon the Court's consideration of the Stipulation and the docket of this case as a whole, and for good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in its entirety;
2. The Appeal shall be dismissed with prejudice; and
3. The Parties shall bear their own respective fees and costs of the Appeal.

Dated: April 22, 2021

_____
The Honorable Otis D. Wright II
United States District Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18345 Ventura Blvd., Suite No. 518, Tarzana, CA 91356.

A true and correct copy of the foregoing document entitled (*specify*):

**ORDER APPROVING STIPULATION TO VOLUNTARILY DISMISS APPEAL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 22, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 22, 2021 | Catherine Jung | /s/ *Catherine Jung* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) – CONTINUED**

United States District Court – *bkappeal_cacd@cacd.uscourts.gov*

Office of the U.S. Trustee – Riverside Division – *ustpregion16rs.ecf@usdoj.gov*

Fahim Farivar – *fahim@farivarlaw.com*

Monica Kim – *myk@lnbrb.com*

Robert Yaspan – *court@yaspanlaw.com*